# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MATTHEWS,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant.<br>_____ | Case No.: 1:11-cv-01743-SKO<br><br>**ORDER REQUIRING STATUS REPORT** |

       Plaintiff Stacy Matthews filed a complaint on October 19, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) On March 8, 2012, Defendant lodged the Administrative Transcript, which serves as an answer to Plaintiff's complaint. (Doc. 10.) Pursuant to the October 21, 2011, Scheduling Order, the parties were to attempt informal resolution of this action by serving upon each other Confidential Letter Briefs. (Doc. 5.) Plaintiff was to serve her Confidential Letter Brief on Defendant within 30 days after the Administrative Transcript was lodged. Thus, Plaintiff's Confidential Letter Brief should have been served on Defendant no later than April 12, 2012, which is 30 days from the date the Administrative Record was lodged, plus an additional 3 days for service by mail. Fed. R. Civ. P. 5(b)(2)(C), 6(d). In turn,

1  Defendant's Confidential Letter Brief is to be served on Plaintiff no later than 35 days after Plaintiff's
2  Confidential Letter Brief is served on Defendant, plus an additional 3 days for service by mail.  If
3  the parties are unable to reach an agreement to remand the matter, Plaintiff's opening brief is due to
4  be filed with the Court no later than June 25, 2012.

5       Accordingly, IT IS HEREBY ORDERED that **within 10 days from the date of this order**
6  the parties file a status report indicating whether service of Plaintiff's Confidential Letter Brief has
7  been completed.

11  IT IS SO ORDERED.

12  **Dated:   May 10, 2012**                         /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE