# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MATTHEWS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-cv-01743-SKO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A 30-DAY EXTENSION OF TIME TO FILE THE OPENING BRIEF**<br><br>(Doc. 19) |

On July 26, 2012, Plaintiff requested a 30-day extension of time to file her opening brief, which is currently due on July 30, 2012. (Doc. 19.) Plaintiff is proceeding *in propria persona* and indicates that she is "having a difficult time with her opening brief and would like additional time to prepare it." (Doc. 19.) Plaintiff asserts that three additional weeks would provide her with sufficient additional time to prepare the brief. As Plaintiff is proceeding without attorney representation, the need for additional time to prepare and file an opening brief presents good cause for an extension of time.

///

///

**The schedule shall be amended as follows**:

| Event | Deadline |
|---|---|
| Plaintiff's Opening Brief: | August 30, 2012 |
| Defendant's Responsive Brief: | October 3, 2012 |
| Plaintiff's Optional Reply Brief: | October 24, 2012 |

IT IS SO ORDERED.

Dated:   July 27, 2012                             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE